■ EDWARD VAN ALSTYNE, JR., et al., Respondents, v NEW YORK STATE THRUWAY AUTHORITY, Appellant. (Claim No. 91046.) [665 NYS2d 220] —Order unanimously affirmed without costs. Memorandum: The Court of Claims properly granted claimants' motion for summary judgment on liability under Labor Law § 240 (1) and denied defendant's cross motion for summary judgment based upon the recalcitrant worker defense. Edward Van Alstyne, Jr. (claimant) was injured in a fall from an elevated girder at the site of a bridge rehabilitation project, and defendant asserted the recalcitrant worker defense based upon the failure of claimant to tie-off his lanyard on the available static lines. Labor Law § 240 (1) imposes absolute liability where, as here, an injured worker establishes a violation of the statute and that the violation was a proximate cause of the injury (*see, Zimmer v Chemung County Performing Arts,* 65 NY2d 513, 518-519, *rearg denied* 65 NY2d 1054). Any negligence on the part of the injured worker will not

relieve a defendant of its absolute liability (*see, Rocovich v Consolidated Edison Co.*, 78 NY2d 509, 513). There is no evidence that claimant purposefully refused to use the safety equipment that was provided (*see, Gordon v Eastern Ry. Supply*, 82 NY2d 555, 562-563). (Appeal from Order of Court of Claims, Midey, Jr., J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Doerr, Balio and Fallon, JJ.